**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1698**
_____

FRANCIS AKINRO,

              Plaintiff - Appellant,

        v.

HECIDA HOTEL; INGLEWOOD POLICE DEPARTMENT; UCLA-HARBOR
MEDICAL,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:10-cv-01452-RDB)

_____

Submitted:  August 19, 2010         Decided:  August 27, 2010

_____

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Francis Akinro, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis Akinro appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Akinro v. Hecida Hotel, No. 1:10-cv-01452-RDB (D. Md. June 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED